UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 03-cr-00301-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

KEITH LEON GARRETT,

      Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RE-SET JUNE 14, 2007 HEARING**

THIS MATTER is before the Court on Defendant's Unopposed Motion to Re-Set June 14, 2007 Hearing **(#16).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#16) is GRANTED**. The motions hearing currently scheduled for **June 14, 2007 is VACATED** and **RESET** to **June 20, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 16th day of May, 2007

      **BY THE COURT:**

      *Marcia S. Krieger*

      Marcia S. Krieger
      United States District Judge